UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                    Case No. 13 B 25676

    Mileak Lashon Harper

          Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/24/2013.

2) The plan was confirmed on 08/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 01/05/2015.

6) Number of months from filing to last payment: 18.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,806.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,806.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,694.17 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $111.83 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,806.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 247 Green Street | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| American Bank & Trust | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 248.00 | 259.58 | 259.58 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 1,000.00 | 960.91 | 960.91 | 0.00 | 0.00 |
| Ameriloans | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 500.00 | 397.40 | 397.40 | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 700.00 | 561.51 | 561.51 | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 420.00 | 411.47 | 411.47 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 800.00 | 1,561.60 | 1,561.60 | 0.00 | 0.00 |
| CK Marketing | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Click For Cash | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 1,050.00 | 1,028.56 | 1,028.56 | 0.00 | 0.00 |
| Cook County Dept. of Revenue | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| CP Investors | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Debt Recovery Solutions | Unsecured | NA | 458.18 | 458.18 | 0.00 | 0.00 |
| DeVry Institute | Unsecured | 1,150.00 | NA | NA | 0.00 | 0.00 |
| Direct Loan Svc. System | Unsecured | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Dr. Mustapha Hotait | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| First America CRS Payday | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| First Bank of Delaware/Contin. | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Flagship Credit Corporation | Secured | 16,100.00 | 16,456.18 | 16,456.18 | 0.00 | 0.00 |
| Gerald Sapp DDS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Golden Valley Lending | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Holiday Group LLC | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 32.92 | 32.92 | 0.00 | 0.00 |
| IRS Non-Priority | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,100.00 | 1,090.80 | 1,090.80 | 0.00 | 0.00 |
| Little Company of Mary Hosp. | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV Funding LLC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Metrosouth Medical Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MMB Holdings | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MS Management/USA Checks Cashe | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Peppercash Direct Pay | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Provena Mercy Medical Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 350.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 430.00 | 430.00 | 430.00 | 0.00 | 0.00 |
| Renee Hardy | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Robert J. Semrad & Associates | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Signmyloan.net | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Star Cash Processing | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Tiffany Connor | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| TIOR Capital LLC | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 16,300.00 | 15,678.52 | 15,678.52 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 0.00 | 27,452.30 | 27,452.30 | 0.00 | 0.00 |
| US Cellular | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Vital Recovery Services, Inc. | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Bank | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $16,456.18 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$16,456.18** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$50,673.75** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $2,806.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$2,806.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/23/2015                    By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**